# UNITED STATES DISTRICT COURT
## District of Minnesota

Leah Isbell

                    Plaintiff,

v.

Polaris, Inc.

                    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 22-cv-01322-WMW-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The parties' motion for approval of settlement, (Dkt. 61), is **GRANTED**.

2. The matter is **DISMISSED WITH PREJUDICE**.

Date: 10/13/2023

KATE M. FOGARTY, CLERK